Dominque Jackson
#62439-019
FCI-FORT WORTH
Post Office Box 15330
Fort Worth, Texas [76119]
Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 1 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

DOMINQUE JACKSON,            )      CV16-1702-GW(AJWx)
                             )      Case No.
        Plaintiff,           )
                             )      **CIVIL COMPLAINT**
        V.                   )
                             )
MIDLAND FUNDING,             )
                             )
        Defendant(s).        )

**JURISDICTION**

**A.**

1. This is an action for injuries and damages for violation(s) of the provisions of the Fair Debt Collections Practices Act ("FDCPA") 15 U.S.C. §1692 et. seq.; The Fair Credit Reporting Act ("FCRA") Sect. 623; 1681, et. seq.; Negligent enablement of identity theft and fraud; and Defamation. The Jurisdiction of this Court is invoked under 15 U.S.C. "FDCPA" §1692 et. seq.; "FCRA"; and 28 U.S.C. §§ 1331, 1336.

a. The Plaintiff is an individual residing in and a citizen of the State of Texas;

b. The Defendant is a Corporation organized and existing under the Laws of the State of California, with its principle place of business in San Diego, California; and the Defendant may have other places of business through out the United States;

**B.**

## DEFINITIONS

2. The Plaintiff, Dominque Jackson, is a "Consumer" as defined by 15 U.S.C. §1692a(3), as "any natural person obligated or allegedly obligated to pay any debt".

3. The Defendant, MIDLAND FUNDING, is a "Debt Collector" as defined by 15 U.S.C. §1692a(6) as "any person who uses any instrumentality of interstate commerce or the mails in any business the principle purposes of which is the collection of any Debts, or who regularly collects or attempts to collect, directly or indirectly, any Debts owed or due or asserted to be owed or due another".

a. Defamation: The act of harming the reputation of another by making a false statement to a third person. See Black's Law Dictionary, Eighth Edition. Pg. 448

b. Negligent: Characterized by a person's failure to exercise the degree of care that someone of ordinary prudence would have exercised in the same circumstance. See Black's Law Dictionary, Eighth Edition. Pg. 1061.

c.

## CAUSE OF ACTION

4. On or about July 13, 2015, Plaintiff obtained a copy of his credit report from "Experian", which revealed that "MIDLAND FUNDING", ("Defendant") had placed an entry on Plaintiff's credit report which communicated that Plaintiff allegedly had an account in default with the Defendant in the amount of $243.00. **See "Exhibit A".**

5. On January 4, 2015, Defendant took receipt of Plaintiff's "Notice of Administrative Remedy" and "Identity Theft-Fraud Alert Notice", requesting Defendant validate the alleged debt within 30 days, pursuant to the "FDCPA", 15 U.S.C. §§ 1692g(a) and 1692g(b), through certified

1  mail receipt No. 70103090000216206180, which is attached as "Exhibit B".

2  It should be noted that Defendant refused or failed to respond to

3  Plaintiff's validation request and Identity Theft Notice. Furthermore,

4  the Plaintiff sent an additional letter of Notice and Demand to the

5  Defendants place of business on February 9, 2016, for resolution of

6  matter and opportunity to cure within three (3) days, through certified

7  Mail receipt No. 70103090000216206265; wherein Defendant failed or

8  refused to acknowledge said Notice and Demand as well. See "Exhibit C".

9  D.

10  ### LEGAL CLAIMS

11  ### CLAIM ONE

12  6. Plaintiff asserts that the Defendant(s) violated 15 U.S.C.

13  §1692e(2)(A) of the "FDCPA" and also "FCRA" §623, when he reported to

14  Experian Information Solutions, Equifax Information Services, and Trans

15  Union Corp., that Plaintiff is in default with the Defendant in the

16  amount of $243.00. See "Exhibit A".

17  E.

18  ### CLAIM TWO

19  7. Plaintiff asserts that Defendant violated 15 U.S.C. §1692e(8) of

20  the "FDCPA", when he communicated false information concerning the

21  alleged debt that Plaintiff "never" owed to the Defendant. The alleged

22  debt has "Never" been validated, per Plaintiff's request pursuant to

23  "FDCPA" and "FCRA".

24  8. The Defendant MIDLAND FUNDING, never had a valid claim against

25  Plaintiff authorizing them to pursue and report to Credit reporting

26  Bureau's any alleged debts associated with the Plaintiff. The Plaintiff

27  asserts that the Defendant(s) are in violation of "FCRA" §§ 623; 1681

28  et. seq., the Defendant never notified Plaintiff within 30 days or after

3

1  30 days of any alleged default prior to placing said delinquent debt

2  account on Plaintiff's credit reports.

3  F.

4  ## CLAIM THREE

5  9. Plaintiff asserts that Defendant violated 15 U.S.C. §1692e(10) of

6  the "FDCPA" when he used false and deceptive means to collect a Debt

7  from the Plaintiff. By communicating false information, the Defendant

8  attempted to gain an advantage of an unsophisticated Consumer through

9  the false misrepresentation.

10  G.

11  ## CLAIM FOUR

12  10. Plaintiff asserts that Defendant caused a injury of defamation

13  and damage to the Plaintiff, when he communicated a debt delinquent

14  account and notice for Collections, to the three major credit reporting

15  Bureau's, that Plaintiff owed the Defendant a debt. There was and is

16  "No" legal contract signed by the Plaintiff and Defendant to do business

17  or to have done business.

18  H.

19  ## CLAIM FIVE

20  11. Plaintiff asserts that Defendant caused injury to the Plaintiff,

21  by the Defendant(s) actions of Neligence which caused an enablement of

22  identity theft and fraud upon the Plaintiff. By the Defendant(s)

23  unwillingness to cooperate with the Plaintiff, when Plaintiff contacted

24  Defendant with Notice. The Defendant had a duty and a opportunity to

25  respond to the Plaintiff's request for validation and Notice of identity

26  theft alert notification. Inwhich, the Defendant failed or refused to

27  respond to the Plaintiff's correspondence. Notice to Agent is Notice to

28  Principle, Notice to Principle is Notice to Agent.

4

I.

## CLAIM SIX

12. Plaintiff asserts that Defendant violated 15 U.S.C. §1692b(b) of the "FDCPA" when he refused to respond to Plaintiff's validation request. Defendant took receipt of Plaintiff's "Notice of Administrative Remedy" and "Notice of Identity theft/fraud alert", wherein Plaintiff requested that Defendant provide certain pertinent information to verify the alleged debt with documentation that would give MIDLAND FUNDING, the legal right to pursue and report to credit reporting Bureau's, any alleged debts associated with the Plaintiff. Defendant took receipt of Plaintiff's request for validation request and Notice of identity theft/fraud alert, through certified mail receipt No. 70103090000216206180, which is attached as "Exhibit B". The defendant MIDLAND FUNDING, failed or refused to communicate with Plaintiff regarding the identity theft/fraud notice, and debt validation request; the defendant also failed or refused to respond to the notice and demand, with an opportunity to cure the matter, through certified mail receipt No. 70103090000216206265. The Defendant failed to show a right to report to the credit reporting Bureau's any alleged debt against the Plaintiff, the Defendant(s) are in violation of 15 U.S.C. §1692g(b).

J.

## RELIEF REQUESTED FOR DAMAGES

13. Plaintiff is entitled to damages in the amount pursuant to 15 U.S.C. §1692k, which states in part:

> Civil Liability – (a) Amount of damages
> Except as otherwise prohibited by this section, any debt collector who fails to comply with any provision of this Title [15 USCS §§ 1692 et. seq.] with respect to any person is liable to such person in the amount equal to sum of:
> (2)(A) in the case of any action by individual, such additional damages as the Court may allow, but not exceeding $1,000.00

K.

### DAMAGES COMPUTED AS FOLLOWS

$1,000.00  x  3= $3,000.00 –for violation of §1692e(2)(A), per the reporting to three (3) credit reporting Agencies;

$1,000.00 x 3= $3,000.00 –for violation of §1692e(8), per the reporting to each credit reporting Agency;

$1,000.00 x 3= $3,000.00 –for violation of §1692e(10), per the reporting to each credit reporting Agency;

$5,000.00                 –for the injury of defamation caused to the Plaintiff;

$5,000.00                 –for the injury caused to Plaintiff of Negilent enablement of identity theft and fraud;

$1,000.00 x 3= $3,000.00 –for violation of §1692g(b), per the reporting to each credit reporting Agencies.

$1,000.00  x  3= $3,000.00 –for violations of the "FCRA", per the reporting to each credit reporting Agency.

**Punitive Damages in the amount of $100,000.00**

*For a **Total** sum certain of **$125,000.00, plus cost of action.**

L.

### ADDITIONAL RELIEF REQUESTED

14. Demand for jury trial.

15. Any other relief that the Court may deem appropriate and just.


I, Dominque Jackson, hereby declare under penalty of perjury, that the foregoing information stated above and any attachments to this form are true and correct pursuant to 28 U.S.C. §1746.


Dated: this 25th day of February 2016 A.D.


_Dominque S. Jackson_

Dominque Jackson, Plaintiff

E X H I B I T   " A "



Your accounts that may be considered negative (continued)

**MIDLAND FUNDING**
8875 AERO DR STE 200
SAN DIEGO CA 92123
Phone number
(877) 240 2377
Partial account number.
858686......
Address identification number
0397366478
Original creditor GTE SOUTHWEST
INCORPORATED

| | | |
|---|---|---|
| **Date opened** Mar 2013 | **Credit limit or original amount** $243 | **Recent balance** $243 as of Jun 2015 |
| **Type** Debt Buyer | | **Responsibility** Individual |
| **First reported** May 2014 | **High balance** Not reported | **Status** Collection account. $243, past due as of Jun 2015. |
| **Terms** 1 Months | | |
| **Date of status** Apr 2014 | **Monthly payment** Not reported | This account is scheduled to continue on record until Jul 2017. |

Payment history
2015
JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY

| | May15 | Apr15 | Mar15 | Feb15 | Jan15 | Dec14 | Nov14 | Oct14 | Sep14 | Aug14 | Jul14 | Jun14 | May14 | May14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

2014

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

**AB** = Account balance ($)  **DPR** = Date payment received  **SPA** = Scheduled payment amount ($)  **AAP** = Actual amount paid ($)

▼ *The original amount of this account was $243*

## Your accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

■ Credit items

**WF EFS**
PO BOX 84712
SIOUX FALLS SD 57118
Phone number
(800) 658 3567
Partial account number.
1135771185822......
Address identification number
0586795454

| | | |
|---|---|---|
| **Date opened** Jun 2006 | **Type** Education | **Credit limit or original amount** $2,625 | **Recent balance** Not reported |
| **First reported** Jun 2006 | **Terms** Not reported | **High balance** Not reported | **Responsibility** Individual |
| **Date of status** Jun 2006 | **Monthly payment** Not reported | **Status** Paid, Closed/Never late. Deferred, payments begin Mar 2012. This account is scheduled to continue on record until Jun 2016. |

080437897

E X H I B I T   " B "

USPS.com® - USPS Tracking®

English        Customer Service        USPS Mobile

Register / Sign In

# ⊿USPS.COM®

## USPS Tracking®


Customer Service
Have questions? We're...


Get Easy Tracking Updates ›
Sign up for My USPS.



Tracking Number: 70103090000216206180

## Product & Tracking Information

Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

Return Receipt

See tracking for related item: 9590952106150082475398

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 4, 2016 , 7:51 am | Delivered, Individual Picked Up at Postal Facility | SAN DIEGO, CA 92193 |

Your item was picked up at a postal facility at 7:51 am on January 4, 2016 in SAN DIEGO, CA 92193.

| | | |
|---|---|---|
| January 2, 2016 , 7:27 am | Business Closed | SAN DIEGO, CA 92123 |
| January 2, 2016 , 3:52 am | Arrived at Unit | SAN DIEGO, CA 92123 |
| January 1, 2016 , 8:55 pm | Departed USPS Destination Facility | SAN DIEGO, CA 92199 |
| December 31, 2015 , 10:19 am | Arrived at USPS Destination Facility | SAN DIEGO, CA 92199 |
| December 29, 2015 , 11:01 pm | Departed USPS Facility | NTX P&DC |
| December 29, 2015 , 9:07 pm | Arrived at USPS Origin Facility | NTX P&DC |
| December 29, 2015 , 1:43 pm | Acceptance | DALLAS, TX 75219 |

## Track Another Package

Tracking (or receipt) number

| 70103090000216206180 |

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MIDLAND FUNDING
8875 Aero Drive, Suite 200
San Diego, Cailforina 92123

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Gerry Saradigna*
☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Deliver

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandis
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)    7010 3090 0002 1620 6180

EXHIBIT "C"

English          Customer Service          USPS Mobile                    Register / Sign In

**≡USPS.COM®**

## USPS Tracking®

*✱ MIDLAND Funding*
*3day  Notice & Demand*


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

---

Tracking Number: 70103090000216206265

Updated Delivery Day: Friday, February 12, 2016

## Product & Tracking Information

Postal Product:                              Features:
                                             Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 12, 2016 , 7:36 am | Delivered, Individual Picked Up at Postal Facility | SAN DIEGO, CA 92193 |

Your item was picked up at a postal facility at 7:36 am on February 12, 2016 in SAN DIEGO, CA 92193.

| | | |
|---|---|---|
| February 11, 2016 , 9:28 pm | Arrived at Unit | SAN DIEGO, CA 92123 |
| February 11, 2016 , 5:35 pm | Departed USPS Facility | SAN DIEGO, CA 92199 |
| February 11, 2016 , 10:48 am | Arrived at USPS Facility | SAN DIEGO, CA 92199 |
| February 9, 2016 , 11:03 pm | Departed USPS Facility | NTX P&DC |
| February 9, 2016 , 8:35 pm | Arrived at USPS Facility | NTX P&DC |

## Available Actions

Text Updates

Email Updates

---

## Track Another Package

Tracking (or receipt) number

| 70103090000216206265 |          Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



---

HELPFUL LINKS            ON ABOUT.USPS.COM        OTHER USPS SITES            LEGAL INFORMATION
Contact Us               About USPS Home           Business Customer Gateway   Privacy Policy
Site Index               Newsroom                  Postal Inspectors           Terms of Use
FAQs                     USPS Service Updates      Inspector General           FOIA
                         Forms & Publications      Postal Explorer             No FEAR Act EEO Data
                         Government Services       National Postal Museum
                         Careers                   Resources for Developers

Copyright © 2016 USPS. All Rights Reserved.

Dominque Jackson
#62439-019
FCI-FORT WORTH
Post Office Box 15330
Fort Worth, Texas [76119]
Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

DOMINQUE JACKSON,                )        Case No.
                                 )
          Plaintiff,             )        **CIVIL COMPLAINT**
                                 )
          V.                     )
                                 )
MIDLAND FUNDING,                 )
                                 )
          Defendant(s).          )
_____)

**JURISDICTION**

A.

1. This is an action for injuries and damages for violation(s) of the provisions of the Fair Debt Collections Practices Act ("FDCPA") 15 U.S.C. §1692 et. seq.; The Fair Credit Reporting Act ("FCRA") Sect. 623; 1681, et. seq.; Negligent enablement of identity theft and fraud; and Defamation. The Jurisdiction of this Court is invoked under 15 U.S.C. "FDCPA" §1692 et. seq.; "FCRA"; and 28 U.S.C. §§ 1331, 1336.

a. The Plaintiff is an individual residing in and a citizen of the State of Texas;

b. The Defendant is a Corporation organized and existing under the Laws of the State of California, with its principle place of business in San Diego, California; and the Defendant may have other places of business through out the United States;

B.

## DEFINITIONS

2. The Plaintiff, Dominque Jackson, is a "Consumer" as defined by 15 U.S.C. §1692a(3), as "any natural person obligated or allegedly obligated to pay any debt".

3. The Defendant, MIDLAND FUNDING, is a "Debt Collector" as defined by 15 U.S.C. §1692a(6) as "any person who uses any instrumentality of interstate commerce or the mails in any business the principle purposes of which is the collection of any Debts, or who regularly collects or attempts to collect, directly or indirectly, any Debts owed or due or asserted to be owed or due another".

a. Defamation: The act of harming the reputation of another by making a false statement to a third person. See Black's Law Dictionary, Eighth Edition. Pg. 448

b. Negligent: Characterized by a person's failure to exercise the degree of care that someone of ordinary prudence would have exercised in the same circumstance. See Black's Law Dictionary, Eighth Edition. Pg. 1061.

c.

## CAUSE OF ACTION

4. On or about July 13, 2015, Plaintiff obtained a copy of his credit report from "Experian", which revealed that "MIDLAND FUNDING", ("Defendant") had placed an entry on Plaintiff's credit report which communicated that Plaintiff allegedly had an account in default with the Defendant in the amount of $243.00. **See "Exhibit A".**

5. On January 4, 2015, Defendant took receipt of Plaintiff's "Notice of Administrative Remedy" and "Identity Theft-Fraud Alert Notice", requesting Defendant validate the alleged debt within 30 days, pursuant to the "FDCPA", 15 U.S.C. §§ 1692g(a) and 1692g(b), through certified

1  mail receipt No. 70103090000216206180, which is attached as "Exhibit B".

2  It should be noted that Defendant refused or failed to respond to

3  Plaintiff's validation request and Identity Theft Notice. Furthermore,

4  the Plaintiff sent an additional letter of Notice and Demand to the

5  Defendants place of business on February 9, 2016, for resolution of

6  matter and opportunity to cure within three (3) days, through certified

7  Mail receipt No. 70103090000216206265; wherein Defendant failed or

8  refused to acknowledge said Notice and Demand as well. See "Exhibit C".

9  D.

10                          **LEGAL CLAIMS**

11                           **CLAIM ONE**

12      6. Plaintiff asserts that the Defendant(s) violated 15 U.S.C.

13  §1692e(2)(A) of the "FDCPA" and also "FCRA" §623, when he reported to

14  Experian Information Solutions, Equifax Information Services, and Trans

15  Union Corp., that Plaintiff is in default with the Defendant in the

16  amount of $243.00. See "Exhibit A".

17  E.

18                           **CLAIM TWO**

19      7. Plaintiff asserts that Defendant violated 15 U.S.C. §1692e(8) of

20  the "FDCPA", when he communicated false information concerning the

21  alleged debt that Plaintiff "never" owed to the Defendant. The alleged

22  debt has "Never" been validated, per Plaintiff's request pursuant to

23  "FDCPA" and "FCRA".

24      8. The Defendant MIDLAND FUNDING, never had a valid claim against

25  Plaintiff authorizing them to pursue and report to Credit reporting

26  Bureau's any alleged debts associated with the Plaintiff. The Plaintiff

27  asserts that the Defendant(s) are in violation of "FCRA" §§ 623; 1681

28  et. seq., the Defendant never notified Plaintiff within 30 days or after

                                  3

1  30 days of any alleged default prior to placing said delinquent debt

2  account on Plaintiff's credit reports.

3  F.

4                          **CLAIM THREE**

5      9. Plaintiff asserts that Defendant violated 15 U.S.C. §1692e(10) of

6  the "FDCPA" when he used false and deceptive means to collect a Debt

7  from the Plaintiff. By communicating false information, the Defendant

8  attempted to gain an advantage of an unsophisticated Consumer through

9  the false misrepresentation.

10  G.

11                         **CLAIM FOUR**

12      10. Plaintiff asserts that Defendant caused a injury of defamation

13  and damage to the Plaintiff, when he communicated a debt delinquent

14  account and notice for Collections, to the three major credit reporting

15  Bureau's, that Plaintiff owed the Defendant a debt. There was and is

16  "No" legal contract signed by the Plaintiff and Defendant to do business

17  or to have done business.

18  H.

19                         **CLAIM FIVE**

20      11. Plaintiff asserts that Defendant caused injury to the Plaintiff,

21  by the Defendant(s) actions of Neligence which caused an enablement of

22  identity theft and fraud upon the Plaintiff. By the Defendant(s)

23  unwillingness to cooperate with the Plaintiff, when Plaintiff contacted

24  Defendant with Notice. The Defendant had a duty and a opportunity to

25  respond to the Plaintiff's request for validation and Notice of identity

26  theft alert notification. Inwhich, the Defendant failed or refused to

27  respond to the Plaintiff's correspondence. Notice to Agent is Notice to

28  Principle, Notice to Principle is Notice to Agent.

I.

### CLAIM SIX

12. Plaintiff asserts that Defendant violated 15 U.S.C. §1692b(b) of the "FDCPA" when he refused to respond to Plaintiff's validation request. Defendant took receipt of Plaintiff's "Notice of Administrative Remedy" and "Notice of Identity theft/fraud alert", wherein Plaintiff requested that Defendant provide certain pertinent information to verify the alleged debt with documentation that would give MIDLAND FUNDING, the legal right to pursue and report to credit reporting Bureau's, any alleged debts associated with the Plaintiff. Defendant took receipt of Plaintiff's request for validation request and Notice of identity theft/fraud alert, through certified mail receipt No. 70103090000216206180, which is attached as "Exhibit B". The defendant MIDLAND FUNDING, failed or refused to communicate with Plaintiff regarding the identity theft/fraud notice, and debt validation request; the defendant also failed or refused to respond to the notice and demand, with an opportunity to cure the matter, through certified mail receipt No. 70103090000216206265. The Defendant failed to show a right to report to the credit reporting Bureau's any alleged debt against the Plaintiff, the Defendant(s) are in violation of 15 U.S.C. §1692g(b).

J.

### RELIEF REQUESTED FOR DAMAGES

13. Plaintiff is entitled to damages in the amount pursuant to 15 U.S.C. §1692k, which states in part:

> Civil Liability — (a) Amount of damages
> Except as otherwise prohibited by this section,
> any debt collector who fails to comply with
> any provision of this Title [15 USCS §§ 1692
> et. seq.] with respect to any person is liable
> to such person in the amount equal to sum of:
> (2)(A) in the case of any action by individual,
> such additional damages as the Court may allow,
> but not exceeding $1,000.00

K.

## DAMAGES COMPUTED AS FOLLOWS

$1,000.00   x   3= $3,000.00  –for violation of §1692e(2)(A), per the reporting to three (3) credit reporting Agencies;

$1,000.00 x 3= $3,000.00 –for violation of §1692e(8), per the reporting to each credit reporting Agency;

$1,000.00 x 3= $3,000.00 –for violation of §1692e(10), per the reporting to each credit reporting Agency;

$5,000.00                    –for the injury of defamation caused to the Plaintiff;

$5,000.00                    –for the injury caused to Plaintiff of Negilent enablement of identity theft and fraud;

$1,000.00 x 3= $3,000.00 –for violation of §1692g(b), per the reporting to each credit reporting Agencies.

$1,000.00   x   3=  $3,000.00  –for  violations  of  the  "FCRA", per the reporting to each credit reporting Agency.

**Punitive Damages in the amount of $100,000.00**

*For a **Total** sum certain of **$125,000.00, plus cost of action.**

L.

## ADDITIONAL RELIEF REQUESTED

14. Demand for jury trial.

15. Any other relief that the Court may deem appropriate and just.


I, Dominque Jackson, hereby declare under penalty of perjury, that the foregoing information stated above and any attachments to this form are true and correct pursuant to 28 U.S.C. §1746.


Dated: this _25_ day of February 2016 A.D.


_D. Jackson_

Dominque Jackson, Plaintiff

E X H I B I T   " A "



Prepared for: **DOMINIQUE L JACKSON**
Date: **July 13, 2015**
Report number: **0668-3501-65**

Page 5 of 10

Your accounts that may be considered negative (continued)

**MIDLAND FUNDING**
8875 AERO DR STE 200
SAN DIEGO CA 92123
Phone number
(877) 240 2377
Partial account number.
855868....
Address identification number.
0397366478
Original creditor GTE SOUTHWEST
INCORPORATED

| | | |
|---|---|---|
| **Date opened** | **Type** | **Credit limit or** |
| Mar 2013 | Debt Buyer | **original amount** |
| **First reported** | **Terms** | $243 |
| May 2014 | 1 Months | |
| **Date of status** | **Monthly** | |
| Apr 2014 | **payment** | |
| | Not reported | |

| | |
|---|---|
| **Responsibility** | |
| Individual | |
| **Recent balance** | |
| $243 as of Jun | |
| 2015 | |
| **Status** | |
| Collection account. $243 past due as of Jun 2015. | |
| This account is scheduled to continue on record until Jul 2017. | |

**Payment history**

|  | 2014 |
|---|---|
| | JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY |
| | **CO CO CO CO CO CO** 🔳 **CO CO CO CO CO CO CO** |

|  | 2015 |
|---|---|

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

| | **AB** | May15 | Apr15 | Mar15 | Feb15 | Jan15 | Dec14 | Nov14 | Oct14 | Sep14 | Aug14 | Jul14 | Jun14 | May14 | May14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB** | = Account balance ($) | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 |
| **DPR** | = Date payment received | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **SPA** | = Scheduled payment amount ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **AAP** | = Actual amount paid ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

▶ *The original amount of this account was $243*

## Your accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

### Credit items

**WF EFS**
PO BOX 84712
SIOUX FALLS SD 57118
Phone number
(800) 658 3667
Partial account number
11357718822...
Address identification number
0586795454

| | | |
|---|---|---|
| **Date opened** | **Type** | **Credit limit or** |
| Jun 2006 | Education | **original amount** |
| **First reported** | **Terms** | $2,625 |
| Jun 2006 | Not reported | |
| **Date of status** | **Monthly** | **High balance** |
| Jun 2006 | **payment** | Not reported |
| | Not reported | |

| | |
|---|---|
| **Responsibility** | |
| Individual | |
| **Recent balance** | |
| Not reported | |
| **Status** | |
| Paid, Closed/Never late. Deferred, payments begin Mar 2012. | |
| This account is scheduled to continue on record until Jun 2016. | |

080443789 7

080437897

E X H I B I T   " B "

USPS.com® - USPS Tracking®

English    Customer Service    USPS Mobile

Register / Sign in

# USPS.COM®

## USPS Tracking®


Customer Service
Have questions? We're here to help.

Get Easy Tracking Updates ›
Sign up for My USPS.



**Tracking Number:** 70103090000216206180

## Product & Tracking Information

**Available Actions**

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

Return Receipt

See tracking for related item: 9590952106150082475398

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 4, 2016 , 7:51 am | Delivered, Individual Picked Up at Postal Facility | SAN DIEGO, CA 92193 |

Your item was picked up at a postal facility at 7:51 am on January 4, 2016 in SAN DIEGO, CA 92193.

| | | |
|---|---|---|
| January 2, 2016 , 7:27 am | Business Closed | SAN DIEGO, CA 92123 |
| January 2, 2016 , 3:52 am | Arrived at Unit | SAN DIEGO, CA 92123 |
| January 1, 2016 , 8:55 pm | Departed USPS Destination Facility | SAN DIEGO, CA 92199 |
| December 31, 2015 , 10:19 am | Arrived at USPS Destination Facility | SAN DIEGO, CA 92199 |
| December 29, 2015 , 11:01 pm | Departed USPS Facility | NTX P&DC |
| December 29, 2015 , 9:07 pm | Arrived at USPS Origin Facility | NTX P&DC |
| December 29, 2015 , 1:43 pm | Acceptance | DALLAS, TX 75219 |

### Track Another Package

Tracking (or receipt) number

70103090000216206180

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MIDLAND FUNDING
8875 Aero Drive, Suite 200
San Diego, Cailforina 92123

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Gerry Saradjian_    ☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7010 3090 0002 1620 6180

E X H I B I T  " C "

English          Customer Service          USPS Mobile                                    Register / Sign in

**⚫USPS.COM**

## USPS Tracking®

✳ MIDLAND Funding
3day Notice & Demand


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70103090000216206265

**Updated Delivery Day: Friday, February 12, 2016**

### Product & Tracking Information

Postal Product:

Features:
Certified Mail™

### Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 12, 2016 , 7:36 am | Delivered, Individual Picked Up at Postal Facility | SAN DIEGO, CA 92193 |

Your item was picked up at a postal facility at 7:36 am on February 12, 2016 in SAN DIEGO, CA 92193.

| | | |
|---|---|---|
| February 11, 2016 , 9:28 pm | Arrived at Unit | SAN DIEGO, CA 92123 |
| February 11, 2016 , 5:35 pm | Departed USPS Facility | SAN DIEGO, CA 92199 |
| February 11, 2016 , 10:48 am | Arrived at USPS Facility | SAN DIEGO, CA 92199 |
| February 9, 2016 , 11:03 pm | Departed USPS Facility | NTX P&DC |
| February 9, 2016 , 8:35 pm | Arrived at USPS Facility | NTX P&DC |

### Track Another Package

Tracking (or receipt) number

| 70103090000216206265 |          Track It

### Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



---

HELPFUL LINKS

Contact Us
Site Index
FAQs

ON ABOUT.USPS.COM

About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

OTHER USPS SITES

Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

LEGAL INFORMATION

Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.

Dominque Jackson
#62439-019
Federal Correctional Institution
FCI-FORT WORTH
Post Office Box 15330
Fort Worth, Texas 76119



CN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
LOS ANGELES, CA 90012-4797



RECEIVED
CLERK U.S. DISTRICT COURT
MAR 1 0 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

LEGAL MAIL

Federal Correctional Institution

3-4-16

This enclosure was not processed through special mailing procedures for forwarding. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.