1  THOMAS F. LANDERS [SBN 207335]
   tlanders@swsslaw.com
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   (t) 619.231.0303
4  (f) 619.231.4755

5  Attorneys for Defendant
   MIDLAND FUNDING, LLC

6

7  UNITED STATES DISTRICT COURT

8  CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  DOMINQUE JACKSON,<br><br>10         Plaintiff,<br><br>11  v.<br><br>12  MIDLAND FUNDING, LLC,<br><br>13         Defendant. | Case No. 2:16-cv-01702-GW-AJW<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br>**(Pursuant to F.R.C.P. 41(a)(1)(i)**<br><br>Judge:  Hon. George H. Wu |

    Plaintiff Dominique Jackson ("Plaintiff") and Defendant Midland Funding, LLC ("Defendant") (collectively, the "Parties"), hereby jointly move this Court to dismiss, *with prejudice*, the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Plaintiff has not served the Complaint filed on March 11, 2016, and Defendant has not answered it. The Parties will bear their own attorneys' fees and costs.

    Defendant is filing this notice of dismissal on behalf of Plaintiff due to the fact that Plaintiff is incarcerated, not represented by counsel and is not a member of the bar of this court.  Defendant's counsel certifies that he obtained Plaintiff's consent to file this notice of dismissal as evidenced by his signature below.

| | | |
|---|---|---|
| 1 | DATED: 7/27/2016 | DOMINIQUE JACKSON |
| 2 | | |
| 3 | | By: _____ |
| 4 | | DOMINIQUE JACKSON |
| 5 | | Plaintiff Pro Se |
| 6 | | |
| 7 | DATED: 7/1/2016 | SOLOMON WARD SEIDENWURM & |
| 8 | | SMITH, LLP |
| 9 | | By: _____ |
| 10 | | THOMAS F. LANDERS |
| 11 | | Attorneys for Defendant |
| | | MIDLAND FUNDING, LLC |